*John T. Stagg Ex'r. &c.* v. *James Jackson and wife.* S. MIL-LER, for appellant; L. B. WOODRUFF, for respondent. Decretal order of the late surrogate of New York affirmed with costs.—— And decree of affirmance to direct that respondents recover against appelants the interest on the balance which was due to them from the executor for principal and interest on the 23d of December, 1843, the time of entering the appeal, as their damages for the vexation and delay caused by the appeal.